IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cardonal Anna Vines Carter, | : | |
| Plaintiff | : | Case No. 2:12-cv-1106 |
| v. | : | Judge Graham |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |
| | : | |

# Order

Plaintiff has tendered for filing a copy of the judgment in this case that has been altered to state that the case was tried before Judge King and a verdict of "750,000 million" entered against defendant. The tendered "judgment" is ORDERED stricken. The Clerk of Court should file a copy of the tendered "judgment" as an attachment to this Order.

s/Mark R. Abel
United States Magistrate Judge